AO91 (Rev. 8/01) Criminal Complaint

United States Magistrate Court
DSO - SDTX FILED

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

NOV 02 2015

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA

V.

Luis Alfredo LOPEZ

F P D
$75.000 C/S;Prelim Hrg at 10 a.m. on

NOV 13 2015

CRIMINAL COMPLAINT

Case Number: 5:15mj1610

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 29, 2015** in **Webb** County, in the **Southern** District of **Texas** **Luis Alfredo LOPEZ** defendant(s),
A citizen of Honduras, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States

in violation of Title(s) **8** United States Code, Section(s) **1326**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Luis Alfredo LOPEZ was apprehended near Laredo, Texas. After a brief interview it was determined that, Luis Alfredo LOPEZ was an undocumented alien from Honduras and subsequently placed under arrest. Further investigation revealed that Luis Alfredo LOPEZ was previously REMOVED from the United States on December 9, 2009 at San Antonio, Texas. There is no record that Luis Alfredo LOPEZ has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____/S/_____
Signature of Complainant

Luis Rivera
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 02, 2015 at Laredo, Texas
Date                                                                                   City and State

Diana Song Quiroga , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer